FILED
AUG 1 5 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:07-CR-174-MEF |
| | ) | [21 USC 841(a)(1)] |
| ORLANDO RUSSELL | ) | |
| | ) | |
| | ) | INDICTMENT |
| | ) | |

The Grand Jury charges:

## COUNT 1

On or about October 18, 2005, in Montgomery County, within the Middle District of Alabama, the defendant

ORLANDO RUSSELL

did knowingly and intentionally possess with intent to distribute more than 50 grams of cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
SUSAN R. REDMOND
Assistant United States Attorney