**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-174-MEF |
| | ) | |
| **ORLANDO RUSSELL** | ) | |

**MOTION TO DECREASE DEFENDANT'S OFFENSE LEVEL**
**PURSUANT TO § 3E1.1(b), UNITED STATES SENTENCING GUIDELINES**
**(ACCEPTANCE OF RESPONSIBILITY)**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court to reduce by one (1) level Defendant's offense level based on his acceptance of responsibility. As grounds for this Motion, the United States avers as follows:

On August 15, 2007, the United States filed a one-count indictment against the Defendant.

Defendant notified the United States of his intent to plead guilty to the indictment sufficiently early to permit the government to avoid preparing for trial and to allocate its resources efficiently. Defendant pled guilty on January 7, 2008.

Therefore, pursuant to United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in the Defendant's offense level for acceptance of responsibility such that the total reduction in offense level for the Defendant's acceptance of responsibility shall be three (3) levels.

WHEREFORE, the United States respectfully requests that this Motion be GRANTED and that the Court reduce Defendant's offense level by one level for his acceptance of responsibility.

Respectfully submitted this 20th day of March, 2008.

                                          LEURA G. CANARY
                                        UNITED STATES ATTORNEY

                                        /s/ Susan R. Redmond
                                        SUSAN R. REDMOND
                                        Assistant United States Attorney
                                        131 Clayton Street
                                        Montgomery, AL 36104
                                        334.223.7280
                                        334.223.7138 fax
                                        susan.redmond@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07 -cr-174 -MEF |
| | ) | |
| ORLANDO RUSSELL | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorney for the Defendant: Donnie Bethel.

                                Respectfully submitted,

                                LEURA G. CANARY
                                UNITED STATES ATTORNEY

                                /s/ Susan R. Redmond
                                SUSAN R. REDMOND
                                Assistant United States Attorney
                                131 Clayton Street
                                Montgomery, Alabama 36104
                                Telephone: (334) 223-7280
                                Fax: (334) 223-7138
                                susan.redmond@usdoj.gov